FILED: December 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1766 (L)
(1:11-cv-01864-RDB)
_____

REDNER'S MARKETS, INC.

  Plaintiff - Appellee

v.

JOPPATOWNE G.P. LIMITED PARTNERSHIP

  Defendant - Appellant

_____

No. 13-1974
(1:11-cv-01864-RDB)
_____

REDNER'S MARKETS, INC.

  Plaintiff - Appellee

v.

JOPPATOWNE G.P. LIMITED PARTNERSHIP

  Defendant - Appellant

_____

No. 13-2279
(1:11-cv-01864-RDB)
_____

REDNER'S MARKETS, INC.

    Plaintiff - Appellant

v.

JOPPATOWNE G.P. LIMITED PARTNERSHIP

    Defendant - Appellee

_____

J U D G M E N T
_____

    In accordance with the decision of this court, the judgment of the district court is affirmed.

    This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                              /s/ PATRICIA S. CONNOR, CLERK